**PAUL V. REZA, Esq.**, SBN 113512
30012 Ivy Glenn Dr. Ste. 285
Laguna Niguel, CA 92677
*Mailing Address:*
Post Office Box 4931
Mission Viejo, CA 92690

Telephone    949-496-0718
Telefax      949-496-7654

Attorney for
AMERICANA TRUST DEED SVC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>YOLANDA NOHEMI SIFUENTES<br><br>Debtor | Case No. 8:09-23899 RK<br><br>Chapter 13<br><br>**SUPPLEMENTAL DECLARATION OF DAVE RICKER IN SUPPORT OF MOTION FOR RELIEF FROM STAY**<br><br>Date:  February 23, 2010<br>Time:  10:30 am<br>Ctrm:  5D |

The following Supplemental Declaration is submitted in support of the Motion for Relief from Stay;

I, DAVE RICKER, hereby declare:

1. I am the owner of Americana Trust Deed Services ("Americana"), Servicing Agent for Beneficiaries, Kenneth C. Hansley, Jr. an unmarried man and Fermin Austria, an unmarried man as Joint Tenants. I base this declaration upon my personal knowledge and if called upon as a witness, I could and would competently testify as to the truth of the matters asserted herein.

1

2. I have custody and control of the file herein which is kept in the ordinary course of business, by business personal whose duty it is to record the items therein at or about the time of the recorded event. I base this declaration upon a review of the file.

3. Pursuant to 11 U.S.C. 362 (c)(3)(A), the stay under subsection (a) will terminate on the 30th day after the filing of a later case if the one year period preceding the filing of this action a case was dismissed under chapter 13. This case is the second case filed in less than a year by the debtor.

4. Pursuant to 11 U.S.C. 362(c)(3)(B), the debtor or other party in interest could request a continuation of the stay before the expiration of the 30 day period after the filing of the subsequent petition.

5. In this proceeding, the previous Chapter 13 case was filed September 25, 2009 and dismissed November 2, 2009. The Debtor refiled a petition on December 14, 2009.

6. The Debtor failed to make any motion to continue the stay within the 30 days for the filing of the second Chapter 13 petition.

7. As such, the stay terminated by operation of law and the court should grant the motion herein for relief from stay.

The foregoing is declared under penalty of perjury under the laws of the United States and is executed on this February 8, 2010 at Anaheim, CA.

Dave Ricker

2

| In re:<br>YOLANDA NOHEMI SIFUENTES<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 8:09-23899 RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

30012 Ivy Glenn Dr. Ste. 285, Laguna Niguel, CA 92677

A true and correct copy of the foregoing document described ___Supplemental Declaration in Support of___ ___Motion for Relief from Stay___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/8/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen, efile@ch13ac.com
Jesse J. Zirillo, zirillolaw@gmail.com
U.S. Trustee, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On __2/8/10__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Yolanda Sifuentes
1401 W. Chevy Chase Dr.
Anaheim, CA 92801

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| __2/8/10__ __Giovanna Solis__ | _G. Solis_ |
|---|---|
| Date    Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**